**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PINK FLOYD (1987) LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No. 1:19-cv-04276

Judge Virginia M. Kendall

Magistrate Judge Young B. Kim

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 18 | Guangzhou Healong Sportwear Co., Ltd. |
| 182 | Dimastrade |
| 20 | Nanchang Byval Garment Co., Ltd. |
| 14 | boardsupply |
| 185 | Elizabeth Dunlop |
| 200 | Hermosa Wallogg |
| 198 | Hedda Stephens |
| 5 | Elroy Hutt Silas |
| 212 | Oil Painting Art |
| 216 | shanghai yumei trading co LTD |
| 177 | Bert Godwin |
| 222 | Spencer Frank |
| 194 | Gary Billy |
| 201 | Heygg |
| 227 | To-night |

DATED: August 24, 2019	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 24, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt